IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARTRES DEJOHN BECOAT,         )
                               )
            Petitioner,        )
                               )
     v.                        )     1:23-cv-337
                               )
K. HECKARD,                    )
                               )
            Respondent.        )
```

## ORDER

On October 23, 2023, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a proper petition correcting the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of November, 2023.

_____
United States District Judge